IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NATHANIEL BURGESS,                       No C-10-2131 VRW (PR)

       Plaintiff,

    v                                    ORDER OF DISMISSAL

SAN FRANCISCO SHERIFF'S DEPUTY
JONES, et al,

       Defendant(s).
_____/

       This civil rights action by a San Francisco County jail inmate was filed on May 18, 2010. Doc #1. The court notified plaintiff in writing at that time that the action was deficient because he did not pay the requisite $ 350.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in his jail account and a copy of his jail trust account statement for the last six months. See 28 USC § 1915(a)(2). Plaintiff was advised that failure to file the requested items within thirty (30) days would result in dismissal of the action. Doc #3. On June 1, 2010, the notice sent by the court was returned as undeliverable to

1 plaintiff. Doc #4.

2    More than three months have elapsed since plaintiff was
3 first notified of his filing deficiency; however, he has not
4 provided the court with the requisite items, or sought an extension
5 of time to do so.  Further, plaintiff has failed to provide the
6 court with a current mailing address.

7    Because more than sixty (60) days have passed since the
8 court's initial notice to plaintiff was returned as undeliverable,
9 the action is DISMISSED without prejudice pursuant to Civil Local
10 Rule 3-11(b).

11    The clerk shall terminate all pending motions as moot and
12 close the file.

15    IT IS SO ORDERED.

_____
**VAUGHN R WALKER**
United States District Chief Judge

26 G:\PRO-SE\VRW\CR.10\Burgess-10-2131.dismissal-ifp-address.wpd